**Order entered December 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01108-CR

**ROBERT LEE MENYWEATHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-55747-Y**

## ORDER

We **GRANT** Official Court Reporter Sharon Hazlewood's December 19, 2013 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

The clerk's record has not been filed and is now overdue.

We **ORDER** the Dallas County District Clerk to file the clerk's record within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk of the Court to transmit a copy of this order, by electronic transmission, to the following:

Official Court Reporter Sharon Hazlewood
Dallas County District Clerk Gary Fitzsimmons
The Dallas County District Clerk, Criminal Records Division

Counsel for all parties

/s/     LANA MYERS<br>JUSTICE